# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4913

_____

S.J., as parent of A.C. and A.W.,
minor children,

    Petitioner,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD
LITEM PROGRAM,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 13, 2018

PER CURIAM.

DENIED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

S.J., pro se, Petitioner.

Ward L. Metzger, Appellate Counsel, Jacksonville, for Respondent Department of Children and Families; Kelly A. Swartz, Appellate Counsel, Sanford, for Respondent Guardian ad Litem Program.